*STEVEN ERIC GOULD*
Name
*330 S. Casino Center Blvd.*
*Las Vegas, Nevada 89101*
*SUI JURIS, Sovereign,*

*Plaintiff as SECURED PARTY*
~~Address~~

FILED
ENTERED
COUNSEL/PARTIES OF RECORD

JAN - 5 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
***

*STEVEN ERIC GOULD,*
                              Plaintiff

vs.

*TRINITY SERVICES*
*GROUP, ET AL.,*

_____,
_____,
_____,
                         Defendant(s).

2:21-cv-00045-APG-NJK

Case No
(Supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983**
*AND*
*42 U.S.C. § 2000*

*DEMAND AMOUNT $30,000*

*JURY TRIAL DEMANDED*

### A.    JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, *STEVEN ERIC GOULD,*
                                                            (print plaintiff's name)

who ~~presently resides at~~ *'s mobile domicile   is Las Vegas, Nevada*, were violated by

the actions of the below-named individuals that were directed against Plaintiff at

*CLARK COUNTY DETENTION CENTER*    *Las Vegas*   on    the    following   *approximate*   dates:
(institution/city where violation occurred)

( *Between* ____,   *9-28-2019*,  and   *12-31-2020*.  ( *all claims* ) )
   (Claim 1)         (Claim 2)          (Claim 3)

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

2)    Defendant _TRINITY SERVICES GROUP_ (works or) 3 3 0 S. Casino Center Blvd.
      (full name of first defendant)  (resides at    ) Las Vegas, NV 89101    , and is
                                                      (address of first defendant)

      employed as _a corporation_ . This defendant is sued in his/her
                  (defendant's position and title, if any)
                       (corporate and/or)
      _X_ individual _X_ (official capacity. (~~Check~~ one or both.) Explain how this defendant was acting

      under color of law: _Defendant violated the civil rights act of 1871,_
      _Constitution of the United States of American, Amendments_
      _1 and/or 8 and the Religious Land Use Institutionalized_
      _Persons Act (R.L.U.I.P.A.)._

3)    Defendant _Ramona Logan_ (works or) 3 3 0 S. Casino Center Blvd.
                               (resides at    ) Las Vegas, NV 89101    , and is

      employed as _Kitchen Liason Officer._ This defendant is sued in his/her

      _X_ individual _X_ official capacity. (Check one or both.) Explain how this defendant was acting

      under color of law: _Defendant violated the Civil rights act of 1871,_
      _constitution of the United States of American, Amendments_
      _1 and/or 8 and the Religious Land Use Institutionalized_
      _Persons Act (R.L.U.I.P.A.)_

4)    Defendant _Carmela Ford_ (works or) 3 3 0 S. Casino Center Blvd.
                               (resides at    ) Las Vegas, NV 89101, and is

      employed as _Kitchen Supervisor._ This defendant is sued in his/her
                       (other capacity and/or)
      _X_ individual _X_ (official capacity. ~~(Check one or both.)~~) Explain how this defendant was acting

      under color of law: _Defendant violated the Civil rights Act_
      _of 1871, Constitution of the United States of America,_
      _Amendments 1 and/or 8 and the Religious Land_
      _Use Institutionalized Persons Act (R.L.U.I.P.A.)_

5) Defendant *Emonie Harvey* (works or resides at) 330 S. Casino Center Blvd., Las Vegas, NV 89101, and is employed as *Kitchen Supervisor*. This defendant is sued in his/her

  X individual X (other capacity and/or official capacity. ~~Check one or both~~) Explain how this defendant was acting under color of law: *Defendant violated the Civil Rights Act of 1871, constitution of the United States of America, Amendments 1 and/or 8 and the Religious Land Use Institutionalized Persons Act. (R.L.U.I.P.A.)*

6) Defendant *F. Mendoza* (works or resides at) 330 S. Casino Center Blvd., Las Vegas, NV 89101, and is employed as *Kitchen Supervisor*. This defendant is sued in his/her

  X individual X (official capacity. ~~Check one or both~~) Explain how this defendant was acting under color of law: *Defendant violated the Civil Rights Act of 1871, constitution of the United States of America, Amendments 1 and/or 8 and the Religious Land Use Institutionalized Persons Act. (R.L.U.I.P.A.)*

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

  *42 U.S.C. 2000*

**B.    NATURE OF THE CASE**

8) Briefly state the background of your case.

  *Plaintiff asserts that defendants violated his rights under the Civil Rights Act of 1871, 42 U.S.C. 1983, United States constitution, Amendments 1 and/or 8 and R.L.U.I.P.A by willfully failing to provide Plaintiff with legitimate Kosher meals which conform to Plaintiff's sincerely held religious beliefs. Defendants defiled Plaintiff's body of purity causing physical injury and substantially burdened Plaintiff's free exercise of religion by serving foods that were not Kosher.*

( 3 )

## C.   CAUSE(S) OF ACTION

### CLAIM 1

The following civil rights have been violated: *Civil Rights Act of 1871, constitution of the United States of America, Amendments I and/or 8 and the Religious Land Use Institutionalized Persons Act (R.L.U.I.P.A.)*

> Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

*Between the following approximate dates : September 28, 2019 and December 31, 2020 Defendants TRINITY SERVICES GROUP, Ramona Logan, Carmela Ford, Emonie Harvey, and F. Mendoza were all willfully deliberately indifferent toward Plaintiffs sincerely held religious beliefs as all defendants deprived Plaintiff from the free exercise of his religion "Judaism." Defendants violated the United States Constitution, Amendments I and/or 8 and the Religious Land Use Institutionalized Persons Act here after (R.L.U.I.P.A.) by imposing a substantial burden on Plaintiffs religious exercise.*

*Defendants all had knowledge in which Rabbianic Kosher certification was lacking however they served or allowed Plaintiff*

4

to be served foods which were not Kosher. Said defendants were willfully deliberately indifferent on several occasions when Plaintiff was provided meals consisting of the following un-kosher products:

1.) Soy, 2.) genetically modified fruits and/or vegetables, 3.) enriched white bread, 4.) rice, 5.) pasta, 6.) mashed potatoes, 7.) beans of various varieties 8.) apple sauce, and other unholy foods which are not Kosher in violation of Kosher law.

Defendants all deprived Plaintiff of receiving wholesome, proper and fit Kosher meals as the diet lacks nutritive value and was deficient in dairy products, fish, beef, chicken, wheat, turkey and whole fruits and vegetables.

Defendants all contributed to violating the United States Constitution, Amendment 1 which states in part: "Congress shall make no law respecting an establishment of religion or it's free exercise thereof" by willfully acting malicious and deliberately indifferent toward Plaintiff as mentioned in the foregoing.

( 5 )

Additionally, Defendants all had knowledge that Plaintiff was receiving all of his hot meals cold as the Kosher diets were prepared before the regular mainline meals and without Rabbianic Supervision. Plaintiff's Kosher diet tray would sit on a cart in the hallway corridor at the CLARK COUNTY DETENTION CENTER for several hours after preparation and before being served which caused meals to acquire condensation which soaks into the bread destroying it.

Defendants as listed in Claim 1 all contributed to the deprivation of Plaintiff's sincerely held religious beliefs by failing to provide shabbat meals thus violating the 1st Amendment and R.L.U.I.P.A.

Defendants were all deliberately indifferent by willfully failing to provide special meals on holy days in accordance to Kosher Laws, Torah and Talmud. During passover Plaintiff was deprived of meals Kosher for Passover all in violation of Plaintiff's sincerely held religious beliefs as defendants all

should be held liable for deliberate indifference, violations of the civil Rights Act of 1871, Constitution of the United States of America, Amendments 1 and/or 8 and R.L.U.I.P.A.

Although multiple grievances were filed, all defendants listed in Claim 1 were the proximate cause of all violations stated in the foregoing and in addition said defendants were deliberately indifferent causing a physical injury as Plaintiff's body was defiled of purity on most if not all days within Claim 1, Through the issuance of unkosher foods. All defendants caused Plaintiff to suffer cruel and unusual punishment and violated the 8th Amendment by depriving Plaintiff of wholesome nutrition and genuine legitimate Kosher meals.

Attached to this Civil Rights complaint is Exhibit A, (20 pages) of grievances related to claim 1 and Exhibit B, (32 pages) of meal transmittal forms with the signatures of the Defendants Carmela Ford, Emonie Harvey, and F. Mendoza who are kitchen supervisors that are employed by Defendant TRINITY SERVICES GROUP.

Plaintiff requests for the following relief as mentioned in section D on page number 10 of this claim.

DATED: 01-01-2021

"ALL RIGHTS RESERVED"

Steven Eric Gould
UCC 3-501
Attorney of record,
Plaintiff as SECURED PARTY
in Sovereign Capacity, SUI JURIS

(8)

9) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? Circle one: Yes or No. If your answer is "Yes," describe each lawsuit. (If more than one, describe the others on an additional page answering the following questions.)

   a)   Defendants: _California Department of Corrections, Et Al_

   b)   Name of court and docket number: _U.S. District Court, Northern Division  4:19 CV 15_

   c)   Disposition (for example, was the case dismissed, appealed or is it still pending?):

   _Pending Settlement and/or Default Judgment_

   d)   Issues raised: _Violations of the United States Constitution, Amendments 1 and/or 8, RL.U.I.P.A., Defendants provided spoiled, expired meals to Plaintiff..._

   e)   Approximate date it was filed: _January 2, 2019_

   f)   Approximate date of disposition: _Pending (see (C) above)._

10) Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted? Circle one: Yes or No. If your answer is "Yes," describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page answering the following questions.)

   **Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

   a)   Defendants: _____

   b)   Name of court and case number: _____

   c)   The case was dismissed because it was found to be (circle one): (1) frivolous;

        (2) malicious;  or (3) failed to state a claim upon which relief could be granted.

   d)   Issues raised: _____

   _____

   _____

   e)   Approximate date it was filed: _____

   f)   Approximate date of disposition: _____

**D.**   **REQUEST FOR RELIEF**

I believe I am entitled to the following relief: Monetary (Compensatory) relief for damages in the amount of $30,000, Punitive damages in an amount the judge or jury deem proper, any other relief that the court or jury deem proper.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

"ALL RIGHTS RESERVED"

~~(name of person who prepared or helped prepare this complaint if not the plaintiff)~~

Steven Eric Dowd UCC 3-501
(signature of plaintiff) and attorney of record
Plaintiff as SECURED PARTY in sovereign capacity, SUI JURIS

~~(date)~~

01-01-2021
(dated)

(10)

| Request Number: | 278277 | Status: CLOSED | | Inmate Name: | GOULD, STEVEN ERIC |
| Initial Location: NT 9C 10 U | | | | Current Location: NT 9A 39 S | |
| Inmate Number: | 5734404 | | | Inmate Secondary Number: | 1900055596 |

| Stamp | Action Detail | User |

10/07/2019  08:09 pm

ORIGINAL REQUEST:

I AM THE AGENT AS ATTORNEY PRESENTING LEGAL MATTERS IN COURT AND AM RESTRICTED BY THIS JAIL CCDC AND HOUSING SITUATION IN MY EFFORTS TO EXERCISE MY FIRST AMENDMENT RIGHTS TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES IN COURT. I NEED A PEN/PENCIL AT ALL TIMES TO WORK ON MY LEGAL PETITIONS. MY CONSTITUTIONAL RIGHTS ARE IMPEDED/ RESTRICTED AND I CANNOT ACCESS THE COURTS AND OTHER LEGAL RELATED RECEIPIENTS WITHOUT READY ACCESS TO A PEN/PENCIL.

10/08/2019  03:40 pm

CLOSED:                                                                         A16350T

Because of your housing you are not allowed to have a pen/pencil with you at all times. You are given a pen/pencil if you request one during your free time use only.

12/13/2019  05:47 am

REQUEST HIDDEN

REQUEST HIDDEN

02/20/2020  12:55 pm

FLAG CHANGED                                              A6887M

FLAGGED AS OTHER

| Request Number: | 282955 | Status: CLOSED | | Inmate Name: | GOULD, STEVEN ERIC |
| Initial Location: NT 9C 10 U | | | | Current Location: NT 9A 39 S | |
| Inmate Number: | 5734404 | | | Inmate Secondary Number: | 1900055596 |

| Stamp | Action Detail | User |

10/16/2019  01:03 pm

ORIGINAL REQUEST:

I WOULD LIKE TO KNOW WHY ALL KOSHER MEALS ARE SERVED COLD AND WOULD LIKE FOR THE KITCHEN TO PROVIDE ME MY LUNCH AND DINNER MEALS HOT WITH THE APPROPRIATE CALORIE COUNT FOR MY KOSHER MEALS. CHANGES NEED TO BE MADE SO I RECEIVE HOT MEALS AND APPROXIMATELY 2500 CALORIES A DAY. PLEASE FORWARD THIS MESSAGE TO THE KITCHEN RABBI AND TRINITY. I WOULD ALSO LIKE A COPY OF THE MENU AND THE NAME OF THE RABBI WHO CERTIFIED THE MEALS.

10/17/2019  06:06 am

CLOSED:                                                                         R12849L

Trinity does not provide menus as they are subject to change daily.

12/13/2019  05:47 am

REQUEST HIDDEN

REQUEST HIDDEN

02/03/2020  03:13 pm

FLAG CHANGED                                              A6887M

FLAGGED AS OTHER

| Request Number: | 284066 | Status: CLOSED | | Inmate Name: | GOULD, STEVEN ERIC |
| Initial Location: NT 9C 10 U | | | | Current Location: NT 9A 39 S | |
| Inmate Number: | 5734404 | | | Inmate Secondary Number: | 1900055596 |

| Stamp | Action Detail | User |

10/18/2019  12:05 pm

ORIGINAL REQUEST:

I HAVE A GRIEVANCE WITH THE KOSHER KITCHEN. I AM RECEIVING LESS THAN 2500 CALORIES A DAY, ADDITIONALLY ALL OF MY MEALS ARE SERVED COLD. PLEASE PROVIDE THE APPROPRIATE AMOUNT OF CALORIES AND START PROVIDING MY LUNCH AND DINNER MEALS HOT. TODAY I RECEIVED A SERVING OF RICE WITHOUT ANY MEAT. THE MEAT WAS REPLACED BY ONE 1 OZ PACKAGE OF PEANUT BUTTER WHICH IS A HALF OF SERVING. I AM HUNGRY AND AM BEING SERVED MEALS BELOW NUTRITIONAL STANDARDS AND GUIDELINES.

Request Number:   284066            Status: CLOSED            Inmate Name:   GOULD, STEVEN ERIC

Initial Location: NT 9C 10 U

Inmate Number:   5734404                                    Current Location: NT 9A 39 S

Inmate Secondary Number:   1900055596

Stamp    Action    Detail                                           User

10/22/2019  08:31 am                                        R12849L
    CLOSED:
        Trinity thanks you for your concerns & suggestions! Trinity Food Service Director notified and will look into your claims and allegations.
12/13/2019  05:47 am
    REQUEST HIDDEN
        REQUEST HIDDEN
02/03/2020  03:17 pm                                        A6887M
    FLAG CHANGED
        FLAGGED AS OTHER

---

Request Number:   285670            Status: CLOSED            Inmate Name:   GOULD, STEVEN ERIC

Initial Location: NT 9C 10 U

Inmate Number:   5734404                                    Current Location: NT 9A 39 S

Inmate Secondary Number:   1900055596

Stamp    Action    Detail                                           User

10/21/2019  03:25 pm
    ORIGINAL REQUEST:
        EVERYDAY I AM RECEIVING MY KOSHER MEALS COLD. PLEASE MAKE CHANGES AND DELIVER HOT KOSHER LUNCH AND DINNER MEALS. THANK YOU...
10/22/2019  08:27 am                                        R12849L
    CLOSED:
        This seems to be a isolated complaint. Trinity thanks you for your concerns & suggestions! Trinity Food Service Director notified and will look into your claims and allegations.
12/13/2019  05:47 am
    REQUEST HIDDEN
        REQUEST HIDDEN

---

Request Number:   288782            Status: CLOSED            Inmate Name:   GOULD, STEVEN ERIC

Initial Location: NT 9D 08 L

Inmate Number:   5734404                                    Current Location: NT 9A 39 S

Inmate Secondary Number:   1900055596

Stamp    Action    Detail                                           User

10/26/2019  11:46 pm
    ORIGINAL REQUEST:
        PLEASE ALERT THE TRINITY FOOD SERVICE DIRECTOR THAT MY KOSHER LUNCH AND DINNER MEALS HAVE BEEN AND ARE CONSISTANTLY SERVED COLD. I WOULD LIKE MY LUNCH AND DINNER MEALS HOT... PLEASE MAKE ADJUSTMENTS AS SOON AS POSSIBLE. THIS IS AN ONGOING DAILY PROBLEM AND OCCURS WHETHER USING THE THERMAL PLASTIC FOOD TRAYS OR THE STYROFOAM CONTAINERS. BY THE TIME I GET MY MEALS THEY ARE COLD FROM SITTING IN THE FOOD CORRIDOR WITH ALL THE OTHER MEALS AND KOSHER IS THE ONLY ONE THAT IS COLD. THANK YOU
11/04/2019  09:22 am                                        R12849L
    CLOSED:
        Trinity thanks you for your concerns & suggestions! Trinity Food Service Director notified and will look into your claims and allegations. (P)
12/13/2019  05:47 am
    REQUEST HIDDEN
        REQUEST HIDDEN
02/20/2020  02:18 pm                                        A6887M
    FLAG CHANGED
        FLAGGED AS OTHER

EXHIBIT A
(page 3)

| Request Number: | 294131 | Status: CLOSED | Inmate Name: | GOULD, STEVEN ERIC |
| --- | --- | --- | --- | --- |

Initial Location: NT 7F 24 U

Current Location: NT 9A 39 S

Inmate Number: 5734404

Inmate Secondary Number: 1900055596

| Stamp | Action Detail | User |
| --- | --- | --- |

11/05/2019  09:39 pm
ORIGINAL REQUEST:

I GREATLY APPRECIATE YOU LOOKING INTO MY GRIEVANCE REGARDING MY KOSHER MEALS THAT HAVE BEEN SERVED COLD. SO FAR THERE HAVE BEEN NO CHANGES AND I AM STILL RECEIVING MY LUNCH AND DINNER MEALS COLD. PLEASE RECTIFY THE ISSUE. ADDITIONALLY I AM STILL NOT RECEIVING 2500 CALORIES A DAY AND AM HUNGRY AFTER I EAT. WHAT IS MY COURSE OF ACTION AFTER A GRIEVANCE, DO I CONTACT THE COURT? PLEASE ADVISE...

11/07/2019  07:00 am
CLOSED:                                                                    R12849L

Trinity thanks you for your concerns & suggestions! Trinity Food Service Director notified and will look into your claims and allegations. (P)

12/13/2019  05:47 am
REQUEST HIDDEN
REQUEST HIDDEN

| Request Number: | 294362 | Status: CLOSED | Inmate Name: | GOULD, STEVEN ERIC |
| --- | --- | --- | --- | --- |

Initial Location: NT 7F 24 U

Current Location: NT 9A 39 S

Inmate Number: 5734404

Inmate Secondary Number: 1900055596

| Stamp | Action Detail | User |
| --- | --- | --- |

11/06/2019  09:29 am
ORIGINAL REQUEST:

I HAVE SUBMITTED 3 PROPERTY TRANSACTION RECEIPTS WITH 3RD WATCH OFFICERS AT THE 7EF MODULE. I HAVE REQUESTED MY LEGAL PROPERTY AND HAVE NOT RECEIVED IT. I REQUIRE ALL OF MY LEGAL PROPERTY, DOCUMENTS, LEGAL MAIL AND ADDRESSES FOR COURT. I AM THE ATTORNEY IN ALL OF MY ACTIVE CASES AND HAVE A 1ST AMENDMENT RIGHT TO POSSESS THIS MATERIAL. PLEASE DELIVER MY LEGAL PROPERTY TO ME AS I HAVE COMPLETED SEVERAL PTR FORMS AND SUBMITTED THEM DIRECTLY TO LVMPD OFFICERS.

11/06/2019  03:30 pm
GROUP ASSIGNED CHANGED                                            A16350T
TO PROPERTY/VISITATION/MAIL

11/07/2019  04:05 am
RESPONSE:                                                                  K17860M

An officer needs to bring the PTR to the property room to retrieve the items you are requesting.

11/07/2019  08:18 am
CLOSED:                                                                    S9476H
See above.

12/12/2019  11:42 am
FLAG CHANGED                                                              A6887M
FLAGGED AS IN FAVOR OF INMATE

12/12/2019  11:42 am
ACA CODE CHANGED                                                        A6887M
ACA CODE MAIL OR CORRESPONDENCE

12/13/2019  05:47 am
REQUEST HIDDEN
REQUEST HIDDEN

| Request Number: | 310818 | Status: CLOSED | Inmate Name: | GOULD, STEVEN ERIC |
| --- | --- | --- | --- | --- |

Initial Location: NT 7F 24 U

Current Location: NT 9A 39 S

Inmate Number: 5734404

Inmate Secondary Number: 1900055596

| Stamp | Action Detail | User |
| --- | --- | --- |

*EXHIBIT A*
*(page 4)*

| | | | |
|---|---|---|---|
| Request Number: | 313470 | Status: CLOSED | Inmate Name:   GOULD, STEVEN ERIC |
| Initial Location: NT 7F 24 U | | | Current Location: NT 9A 39 S |
| Inmate Number: | 5734404 | | |
| | | Inmate Secondary Number: | 1900055596 |

| Stamp | Action Detail | User |
|---|---|---|
| | TO TRINITY FOOD SERVICE DIRECTOR... EVERY MORNING AT BREAKFAST I AM ONLY GIVEN 1OZ TO 2OZ OF CEREAL IN THE PLASTIC BAG. A SERVING IS SUPPOSED TO BE APPROXIMATELY 4OZ OR MORE IF IM NOT MISTAKEN. ADDITIONALLY THE PEANUT BUTTER HAS BEEN ISSUED SHORT OF 2OZ AS WELL AS THE PLASTIC CUP HAS ONLY FILLED UP HALF WAY. PLEASE CORRECT THIS DEFICIENCY SO I AM ISSUED THE APPROPRIATE AMOUNT OF FOOD. | |
| 12/14/2019  02:36 pm | | R12849L |
| CLOSED: | | |
| | <NO COMMENT GIVEN> | |
| 12/14/2019  02:37 pm | | |
| REQUEST HIDDEN | | |
| | REQUEST HIDDEN | |
| 01/29/2020  12:20 pm | | A6887M |
| FLAG CHANGED | | |
| | FLAGGED AS OTHER | |

| | | | |
|---|---|---|---|
| Request Number: | 313774 | Status: CLOSED | Inmate Name:   GOULD, STEVEN ERIC |
| Initial Location: NT 7F 24 U | | | Current Location: NT 9A 39 S |
| Inmate Number: | 5734404 | | |
| | | Inmate Secondary Number: | 1900055596 |

| Stamp | Action Detail | User |
|---|---|---|
| 12/12/2019  02:09 pm | | |
| ORIGINAL REQUEST: | | |
| | I REQUEST FOR THE CAMERA IN THE VISITING AREA TO BE REVIEWED FOR THE VISIT THAT I REFUSED WITH DR. DANIEL T. MALATESTA. THIS VISIT WAS SCHEDULED IN THE MONTH OF NOVEMBER 2019. I NEED A CONFIRMATION FROM LVMPD THAT I DID NOT SPEAK TO THE DR. ON THE VIDEO VISIT ON THAT DAY. I REQUIRE THIS INFORMATION FROM LVMPD SO I CAN PROVIDE CONFIRMATION TO THE COURT THAT I NEVER MET WITH DR. DANIEL T. MALATESTA IN THE MONTH OF NOVEMBER. A REVIEW OF THE VISITING LOG SHOWS VISIT WAS COMPLETED WHICH IS INACCURATE | |
| 12/17/2019  10:36 am | | A6887M |
| CLOSED: | | |
| | Inmate Gould; unfortunately you cannot request a copy of our video coverage in the jail but your legal advice can.  Contact your representative to file your requests. | |
| 12/17/2019  10:36 am | | |
| REQUEST HIDDEN | | |
| | REQUEST HIDDEN | |

| | | | |
|---|---|---|---|
| Request Number: | 374267 | Status: CLOSED | Inmate Name:   GOULD, STEVEN ERIC |
| Initial Location: NT 9A 39 S | | | Current Location: NT 9A 39 S |
| Inmate Number: | 5734404 | | |
| | | Inmate Secondary Number: | 2000004904 |

| Stamp | Action Detail | User |
|---|---|---|
| 04/02/2020  01:47 pm | | |
| ORIGINAL REQUEST: | | |
| | I AM JEWISH AND AM NOT RECEIVING KOSHER MEALS. ACCORDING TO MY RELIGION JUDAISM AND KOSHER LAWS OF THE TORAH/ TALMUD KOSHER MEALS MUST BE SERVED SEPARATELY AND WRAPPED AND MUST HAVE RABBIANIC SUPERVISION. THIS PROCESS IS NOT OCCURING HERE AT CCDC. ADDITIONALLY ABOUT HALF THE FOODS SERVED AS KOSHER ARE NOT EVEN KOSHER TO BEGIN WITH ACCORDING TO INFORMATION THAT I RECEIVED FROM MY RABBI AND TRIANGLE K RABBI RALBAG IN NEW YORK. PLEASE CORRECT THESE ISSUES AND SERVE ONLY CERTIFIED KOSHER MEALS. | |
| 04/07/2020  01:03 pm | | R12849L |
| CLOSED: | | |
| | <NO COMMENT GIVEN> | |

*EXHIBIT A*
*(Page 5)*

| Request Number: | 310818 | Status: CLOSED | | Inmate Name: | GOULD, STEVEN ERIC |
|---|---|---|---|---|---|

Initial Location: NT 7F 24 U

Current Location: NT 9A 39 S

Inmate Number:   5734404

Inmate Secondary Number:   1900055596

| Stamp | Action | Detail | | User | |
|---|---|---|---|---|---|

**12/06/2019  02:52 pm**
ORIGINAL REQUEST:
TO TRINITY FOODS, PLEASEREFRAIN FROM USING SOY BASED PRODUCTS IN MY KOSHER MEALS. I CANNOT EAT SOY IT IS AGAINST MY RELIGIOUS BELIEFS AMONGST THE FACT THAT I AM ALLERGIC TO SOY. I WAS RECEIVING CHICKEN AND BEEF IN MY LUNCH AND DINNER MEALS AND NOW YOUR COMPANY HAS VIOLATED MY RELIGIOUS BELIEFS UNDER KOSHER LAW AND THE RELIGIOUS LAND USE INSTITUTIONALIZED PERSONS ACT R.L.U.I.P.A. BY SERVING UNKOSHER PRODUCTS. PLEASE START SERVING KOSHER CHICKEN AND BEEF IN KOSHER MEALS UNDER RABBIANIC SUPERVISION

**12/09/2019  03:39 pm**                                        A6887M
FLAG CHANGED
FLAGGED AS IN FAVOR OF INMATE

**12/09/2019  03:39 pm**                                        A6887M
ACA CODE CHANGED
ACA CODE FOOD SERVICE

**12/10/2019  07:42 am**                                        R12849L
CLOSED:
<NO COMMENT GIVEN>

**12/13/2019  05:47 am**
REQUEST HIDDEN
REQUEST HIDDEN

| Request Number: | 311569 | Status: CLOSED | | Inmate Name: | GOULD, STEVEN ERIC |
|---|---|---|---|---|---|

Initial Location: NT 7F 24 U

Current Location: NT 9A 39 S

Inmate Number:   5734404

Inmate Secondary Number:   1900055596

| Stamp | Action | Detail | | User | |
|---|---|---|---|---|---|

**12/07/2019  10:31 pm**
ORIGINAL REQUEST:
TO TRINITY FOOD SERVICE DIRECTOR... PLEASE INSPECT THE DEADMANS KOSHER TRAY FOR ALL MEALS THAT ARE SERVED. I HAVE BEEN SERVED UN KOSHER FOODS FOR SEVERAL MONTHS AND HAVE NOT RECEIVED THE CORRECT CALORIE COUNT DURING THE TIME I HAVE BEEN IN CUSTODY. PLEASE INSPECT THEKOSHER DEADMAN TRAY FOR LUNCH ON 12/07/2019. THIS MEAL WAS NOT EDIBLE AND I FELT SICK AFTER EATING THE SOY? MEAT? PORTION . PLEASE CONTACT THE HEALTH DEPARTMENT.

**12/10/2019  07:59 am**                                        R12849L
CLOSED:

Trinity thanks you for your concerns & suggestions! Trinity Food Service Director notified and will look into your claims and allegations. (P)

**12/13/2019  05:47 am**
REQUEST HIDDEN
REQUEST HIDDEN

| Request Number: | 313470 | Status: CLOSED | | Inmate Name: | GOULD, STEVEN ERIC |
|---|---|---|---|---|---|

Initial Location: NT 7F 24 U

Current Location: NT 9A 39 S

Inmate Number:   5734404

Inmate Secondary Number:   1900055596

| Stamp | Action | Detail | | User | |
|---|---|---|---|---|---|

**12/11/2019  09:26 pm**
ORIGINAL REQUEST:

**Request Report - CLOSED**

*EXHIBIT A*
*(page 6)*

| | | | |
|---|---|---|---|
| Request Number: | 375228 | Submitted: | 4/4/20  2:29 pm |
| Inmate Number: | 5734404 | Type: | KITCHEN |
| Inmate Secondary Number: | 2000004904 | Sub Type: | **GENERAL KITCHEN F** |
| Inmate Name: | GOULD, STEVEN ERIC | | |

Initial Location: NT 9A 39 S                              Current Location: NT 9A 39 S

Stamp   Action   Detail                                                                    User

4/4/2020  2:29:19PM
    ORIGINAL REQUEST:
        I HAVENT BEEN RECEIVING KOSHER MEALS. PLEASE ADDRESS THIS ISSUE.

4/7/2020  1:09:25PM                                                      R12849L
    CLOSED:
        Trinity thanks you for your concerns & suggestions! Trinity Food Service Director notified and will look into your claims and allegations. (P)

# Request Report - CLOSED

Printed: 5/4/2020  8:20:49AM

*EXHIBIT A*
*( page 7 )*

| | | | |
|---|---|---|---|
| Request Number: | 376707 | Submitted: | 4/8/20  2:08 pm |
| Inmate Number: | 5734404 | Type: | KITCHEN |
| Inmate Secondary Number: | 2000004904 | Sub Type: | **GENERAL KITCHEN F** |
| Inmate Name: | GOULD, STEVEN ERIC | | |

Initial Location: NT 9A 39 S    Current Location: NT 9A 39 S

Stamp  Action  Detail                                               User

4/8/2020  2:08:01PM
   ORIGINAL REQUEST:
   I RECEIVED MY KOSHER LUNCH IN A STYROFOAM TRAY AND THE MEAL WAS COLD. IT WAS MARKED
   8AM, HOWEVER  I RECEIVED THE TRAY AT APPROXIMATELY 1015AM. PLEASE MAKE CHANGES SO
   THAT I RECEIVE MY MEALS HOT. I WOULD GREATLY APPRECIATE IT IF YOU WILL LOOK INTO THIS
   ISSUE AND MAKE CORRECTIONS.

4/16/2020  8:32:11AM                                          R12849L
   CLOSED:
   Trinity thanks you for your concerns & suggestions! Trinity Food Service Director notified and will look into your
   claims and allegations. (P)

Page 1 of 1

# Request Report - CLOSED

Printed: 5/4/2020  8:21:14AM

*EXHIBIT A*
*(page 8)*

| | | | |
|---|---|---|---|
| Request Number: | 379894 | Submitted: | 4/16/20  10:52 pm |
| Inmate Number: | 5734404 | Type: | KITCHEN |
| Inmate Secondary Number: | 2000004904 | Sub Type: | KITCHEN GRIEVANCI |
| Inmate Name: | GOULD, STEVEN ERIC | | |
| Initial Location: NT 9A 39 S | | Current Location: NT 9A 39 S | |

| Stamp | Action | Detail | User |
|---|---|---|---|

**4/16/2020  10:52:52PM**
   ORIGINAL REQUEST:
   TODAY APRIL 16, 2020 AT BREAKFAST MEAL, MY KOSHER MEAL WAS MISSING BREAD AND THE
   SERVING OF CEREAL WAS ABOUT 1 OUNCE. PLEASE START SERVING MORE CEREAL AT BREAKFAST
   AND MAKE SURE EVERYTHING IS ENCLOSED IN THE KOSHER MEALS. AFTER EATING BREAKFAST I
   WAS STILL HUNGRY SINCE I WAS SHORTED THE PROPER AMOUNT OF FOOD AND NUTRITION.

**4/21/2020  11:37:39AM**                                                      R12849L
   CLOSED:
   <NO COMMENT GIVEN>

**Request Report - CLOSED**

*EXHIBIT A*
*(page 9)*

| | | | |
|---|---|---|---|
| Request Number: | 386958 | Submitted: | 5/7/20  10:08 pm |
| Inmate Number: | 5734404 | Type: | KITCHEN |
| Inmate Secondary Number: | 2000004904 | Sub Type: | **KITCHEN GRIEVANCI** |
| Inmate Name: | GOULD, STEVEN ERIC | | |

Initial Location: NT 9A 39 S                               Current Location: NT 9A 39 S

Stamp   Action   Detail                                                        User

5/7/2020  10:08:48PM
    ORIGINAL REQUEST:
    I BELIEVE THAT I HAVE BEEN RECEIVING GENETICALLY MODIFIED FRUITS AND/OR VEGETABLES
    WITH MY KOSHER MEALS SINCE I HAVE BEEN RECEIVING KOSHER AROUND 9/28/2019. THESE FRUITS
    AND/OR VEGETABLES ARE NOT KOSHER. PLEASE SERVE ME WHOLE NATURAL FRUITS AND
    VEGETABLES PURSUANT TO MY RELIGIOUS BELIEFS THAT ARE KOSHER AND/OR ORGANIC KOSHER.

5/11/2020  5:35:27AM                                               R12849L
    CLOSED:
    Trinity receives certain products from a kosher approved facility and prepares all religious meals according to
    specific needs which meets the basic requirement for a correctional setting.

# Request Report - CLOSED

Printed: 5/19/2020 8:13:03AM

*EXHIBIT A*
*(page 10)*

| | | | |
|---|---|---|---|
| Request Number: | 387364 | Submitted: | 5/9/20 10:40 am |
| Inmate Number: | 5734404 | Type: | KITCHEN |
| Inmate Secondary Number: | 2000004904 | Sub Type: | **KITCHEN GRIEVANCI** |
| Inmate Name: | GOULD, STEVEN ERIC | | |

Initial Location: NT 9A 39 S                    Current Location: NT 9A 39 S

Stamp   Action   Detail                                          User

5/9/2020  10:40:38AM
   ORIGINAL REQUEST:
   I WAS ISSUED A NON KOSHER TRAY WITH MY NAME PRINTED ON IT AT LUNCH TODAY MAY 9TH, 2020.
   I REFUSED TO EAT THE MEAL AND GAVE IT BACK TO OFFICER VALADERES P16048 WHO CALLED THE
   KITCHEN TO GET IT REPLACED. TRINITY FOODS SUPERVISOR REFUSED TO REPLACE THE
   RELIGIOUS MEAL AND I WENT BACK TO MY CELL WITH NOTHING TO EAT. I WILL BE FILING A LAWSUIT
   AGAINST TRINITY FOR DEPRIVING ME OF KOSHER MEALS AND WILL PROSECUTE ALL EMPLOYEES IN
   THEIR INDIVIDUAL AND OFFICIAL CAPACITY FOR VIOLATIONS OF RLUIPA.

5/14/2020  8:32:16AM                                          R12849L
   CLOSED:
   Trinity thanks you for your concerns & suggestions! Trinity Food Service Director notified and will look into your
   claims and allegations. (P)

**Request Report - CLOSED**

Printed: 5/28/2020  9:52:00AM

*EXHIBIT A*
*(page 11)*

| | |
|---|---|
| Request Number:   389740 | Submitted:   5/16/20   3:20 pm |
| Inmate Number:   5734404 | Type:   KITCHEN |
| Inmate Secondary Number:   2000004904 | Sub Type:   **GENERAL KITCHEN F** |
| Inmate Name:   GOULD, STEVEN ERIC | |
| Initial Location: NT 9A 39 S | Current Location: NT 9A 39 S |

<u>Stamp</u>   <u>Action</u> <u>Detail</u>                                                    <u>User</u>

5/16/2020  3:20:24PM
    ORIGINAL REQUEST:
    TO TRINITY SERVICES GROUP. PLAINTIFF STEVEN ERIC GOULD THE FOLLOWING SETTLEMENT
    OFFER TO TRINITY SERVICES GROUP FOR INJURIES INCURRED BETWEEN THE FOLLOWING APPROX
    DATES 9/28/19 TO 3/24/20, A 6 MONTH PERIOD WHERE PLAINTIFF WAS SERVED UNKOSHER MEALS IN
    VIOLATION OF KOSHER LAW, RLUIPA AND THE 1ST AMENDMENT. THIS SETTLEMENT OFFER ALSO
    INCLUDES DAMAGES CAUSED BY NOT SERVING PLAINTIFF FOODS KOSHER FOR PA**OVER DURING
    THE PERIOD 4/8/20 TO 4/16/20. PLAINTIFF REQUESTS 2,500 BY 6/6/20 TO AVOID LITIGATION.

5/21/2020  9:03:28AM                                          R12849L
    CLOSED:
    Thank you

# Request Report - CLOSED

Printed: 7/2/2020 7:55:29AM

*EXHIBIT A
(page 12)*

| | |
|---|---|
| Request Number: **396490** | Submitted: 6/8/20 8:00 pm |
| Inmate Number: **5734404** | Type: **KITCHEN** |
| Inmate Secondary Number: **2000004904** | Sub Type: **KITCHEN GRIEVANCI** |
| Inmate Name: **GOULD, STEVEN ERIC** | |
| Initial Location: NT 9A 39 S | Current Location: NT 9A 39 S |

<u>Stamp</u>   <u>Action</u>   <u>Detail</u>                                    <u>User</u>

6/8/2020  8:00:06PM
   ORIGINAL REQUEST:
   I HAVE ANOTHER GRIEVANCE WITH TRINITY FOODS. I DID NOT RECEIVE JELLY WITH MY PEANUT
   BUTTER IN MY KOSHER BREAKFAST TRAY YESTERDAY JUNE 7 AND TODAY JUNE 8. PLEASE
   CORRECT THIS PROBLEM. MY MEALS SEEM TO BE INCOMPLETE. I REQUIRE ALL THE CALORIES THAT
   I AM ENTITLED TO RECEIVE. PLEASE GET IT RIGHT THIS TIME AROUND TRINITY.

6/12/2020  7:48:31AM                                       R12849L
   CLOSED:

   Trinity thanks you for your concerns & suggestions! Trinity Food Service Director notified and will look into your
   claims and allegations. (P)

# Request Report - CLOSED

Printed: 7/2/2020 7:54:14AM

*EXHIBIT A*
*(page 13)*

| | |
|---|---|
| Request Number:   401220 | Submitted:   6/24/20  2:46 pm |
| Inmate Number:   5734404 | Type:   KITCHEN |
| Inmate Secondary Number:   2000004904 | Sub Type:   KITCHEN GRIEVANCI |
| Inmate Name:   GOULD, STEVEN ERIC | |
| Initial Location: NT 9A 39 S | Current Location: NT 9A 39 S |

Stamp   Action   Detail                                                                User

6/24/2020  2:46:49PM
  ORIGINAL REQUEST:
  TO TRINITY FOODS SUPERVISOR... ON JUNE 23 AND 24TH I DID NOT RECEIVE MY MILK AND FRUIT AT
  LUNCH TIME WITH MY KOSHER MEAL . I AM GIVEN MILK TO SATISFY KOSHER LAW AND DAIRY
  REQUIREMENTS ALONG WITH CALORIE REQUIREMENTS I AM ENTITLED TO RECEIVE. PLEASE FIX
  THIS ERROR AND ISSUE ME COMPLETE KOSHER MEALS.

6/29/2020  7:40:38AM                                                  R12849L
  CLOSED:
  No items were missing. All correctional meals are subject to change during incarceration. This particular meal
  was replaced by Trinity food service with alternative items that continued to meet dietary and religious guidelines.
  Thank you.

# Request Report - CLOSED

Printed: 7/2/2020 7:52:46AM

*EXHIBIT A*
*(page 14)*

| | | | |
|---|---|---|---|
| Request Number: | 401308 | Submitted: | 6/24/20  8:22 pm |
| Inmate Number: | 5734404 | Type: | KITCHEN |
| Inmate Secondary Number: | 2000004904 | Sub Type: | GENERAL KITCHEN F |
| Inmate Name: | GOULD, STEVEN ERIC | | |

Initial Location: NT 9A 39 S                     Current Location: NT 9A 39 S

| Stamp | | |
|---|---|---|
| Action Detail | | User |

6/24/2020  8:22:38PM
   ORIGINAL REQUEST:
      TO TRINITY FOODS SUPERVISOR... I DID NOT RECEIVE A PAPER SACK WITH MILK AND A FRUIT
      ATTACHED TO MY LUNCH AND DINNER KOSHER MEALS TODAY. I IMMEDIATELY NOTIFIED OFFICER S.
      NYGARD / NFD THE MODULE OFFICER IN 9A. HE STATED THAT HE CALLED THE POST 9 KITCHEN AND
      ADDRESSED THIS ISSUE WITH THEM THAT I AM MISSING A MILK AND A FRUIT. MY MEAL WAS NOT
      REPLACED AND I DID NOT RECEIVE EVERYTHING AS I USUALLY DO. PLEASE LOOK INTO THIS AS I AM
      BEING DEPRIVED OF FOOD,KOSHER DAIRY REQUIREMENTS, CALORIES,NUTRITION.

6/29/2020  7:40:56AM                                   R12849L
   CLOSED:
      Please see previous response. Duplicate request/grievance

**Request Report - CLOSED**

Printed: 7/2/2020  7:52:11AM

*EXHIBIT A (page 15)*

| | |
|---|---|
| Request Number:   401694 | Submitted:   6/25/20  11:02 pm |
| Inmate Number:   5734404 | Type:   **RELIGIOUS SERVICE** |
| Inmate Secondary Number:   2000004904 | Sub Type:   GENERAL INQUIRY |
| Inmate Name:   GOULD, STEVEN ERIC | |

Initial Location: NT 9A 39 S       Current Location: NT 9A 39 S

Stamp       Action   Detail                                                             User

6/25/2020  11:02:31PM
    ORIGINAL REQUEST:
        BONNIE POLLIE, I THINK ITS WRONG THAT TRINITY SERVICES GROUP CONTINUES TO MANIPULATE
        THE RELIGIOUS KOSHER MEAL PROGRAM. AS OF 6/23/2020 TRINITY HAS STOPPED SERVING ME MILK
        AND FRUIT AT LUNCH AND DINNER AND ONLY REPLACE THESE ITEMS WITH 1 SLICE OF BREAD. I
        WAS GETTING MILK AND FRUIT 3 TIMES A DAY, PLEASE SEND ME THE NAME OF THE SUPERVISOR.

6/26/2020  10:06:04AM                                         B8968P
    USER ASSIGNED CHANGED
        FROM <UNASSIGNED> TO [R12849L] LOGAN, RAMONA

6/26/2020  10:06:55AM                                         B8968P
    CLOSED:
        I SENT THIS REQUEST TO THE KITCHEN  LIAISON OFFICER

**Request Report - CLOSED**                                              Printed: 7/2/2020 7:49:38AM

| | |
|---|---|
| Request Number:    401820 | Submitted:    6/26/20  1:52 pm |
| Inmate Number:    5734404 | Type:    **RELIGIOUS SERVICE** |
| Inmate Secondary Number:    2000004904 | Sub Type:    GENERAL INQUIRY |
| Inmate Name:    GOULD, STEVEN ERIC | |

*EXHIBIT A*
*(page 16)*

Initial Location: NT 9A 39 S                          Current Location: NT 9A 39 S

Stamp
  Action
    Detail                                                          User

6/26/2020  1:52:20PM
  ORIGINAL REQUEST:
    BONNIE POLLIE I REALLY APPRECIATE YOUR HELP. I HAVE ANOTHER CONCERN WHICH I WOULD LIKE
    YOU TO ADDRESS TO TRINITY. I HAVE NOT BEEN RECEIVING 3 COLD MEALS EVERY SATURDAY
    DURING SHABBAT SABBATH DAY. I REQUIRE FISH AND MANICHEVITZ OR KEDEM GRAPE JUICE TO BE
    SERVED ON THOSE DAYS. FISH COULD BE EITHER SMOKED SALMON/LOX OR GEFILTE FISH WHICH
    WOULD BE IN ADHERANCE TO JEWISH KOSHER LAW. ADDITIONALLY I AM 100 PERCENT POSITIVE
    THAT THESE MEALS HAVE NO MESHULASH CERTIFICATION AND MEALS SERVED ARE NOT KOSHER

6/29/2020  11:22:40AM                                    B8968P
  CLOSED:
    YOU WILL NOT RECEIVE THAT MENU ON SATURDAYS.  YOU ARE ON A KOSHER DIET AND YOU WILL
    RECEIVE THE KOSHER MEAL THAT IS OFFERED ON SATURDAY, THE KOSHER MEALS THAT WE
    SERVE ARE CERTIFIED.

# Request Report - OPEN

Printed: 7/2/2020 7:56:23AM

*EXHIBIT A*
*( page 17 )*

| | | | |
|---|---|---|---|
| Request Number: | 402673 | Submitted: | 6/29/20  2:33 pm |
| Inmate Number: | 5734404 | Type: | KITCHEN |
| Inmate Secondary Number: | 2000004904 | Sub Type: | **GENERAL KITCHEN F** |
| Inmate Name: | GOULD, STEVEN ERIC | | |

Initial Location: NT 9A 39 S                                  Current Location: NT 9A 39 S

Stamp   Action  Detail                                                    User

6/29/2020  2:33:39PM
ORIGINAL REQUEST:
I WOULD LIKE A COPY OF THE RABBIANIC KOSHER CERTIFICATION FOR 2019 AND 2020. I ALSO NEED
THE NAMES OF THE RABBI, TRINITY FOOD SUPERVISORS FOR THE LUNCH AND DINNER MEALS.
FROM 9/28/19 TO 6/20/20 I DID NOT RECEIVE COLD PREPARED KOSHER MEALS ON SATURDAYS THE
SABBATH SHABBAT MEALS. ADDITIONALLY I HAVE ONLY RECEIVED A VEGETARIAN KOSHER AND
HAVE NOT RECEIVED FISH, TUNA, BEEF, CHICKEN OR TURKEY IN ACCORDANCE WITH MY RELIGIOUS
BELIEFS. I REQUIRE MEAT PROTEIN AND MORE DAIRY INCLUDING CHEESE.

# Request Report - CLOSED

Printed: 9/24/2020  7:39:07AM

*EXHIBIT A (page 18)*

| | | | |
|---|---|---|---|
| Request Number: | 430081 | Submitted: | 9/16/20  9:56 pm |
| Inmate Number: | 5734404 | Type: | KITCHEN |
| Inmate Secondary Number: | 2000004904 | Sub Type: | **GENERAL KITCHEN F** |
| Inmate Name: | GOULD, STEVEN ERIC | | |

Initial Location: NT 7B 41 S        Current Location: NT 7B 41 S

<u>Stamp</u>    <u>Action</u> <u>Detail</u>        <u>User</u>

9/16/2020  9:56:18PM
ORIGINAL REQUEST:
TODAY I RECEIVEDTHE WRONG JELLY ON MY TRAY. I DID NOT RECEIVE THE 2 KOSHER JELLIES. ADDITIONALLY I RECEIVED THE WRONG BREAD WHICH IS NOT KOSHER. PLEASE CORRECT THIS PROBLEM AND GET ME THE CORRECT PRODUCTS IN MY KOSHER MEALS. I AM ALSO GRIEVING THE QUANTITY OF CEREAL THAT I AM RECEIVING EACH MORNING. PLEASE ISSUE MORE CEREAL EVERYDAY. THANK YOU...

9/17/2020  10:23:10AM        R12849L
CLOSED:
There is no wrong jelly or wrong bread. I would expect someone who eats kosher food to know that there are NUMEROUS types and varieties of kosher jelly and bread. Religious preferece is not required but that it comes from a kosher facility REGARDLESS of how different it looks. ALL TRINITY MEALS AND PORTIONS HAVE BEEN APPROVED FOR A CORRECTIONAL SETTING AND MEAT REQUIRED DIETARY GUIDELINES. I find it strangely odd that you are the ONLY inmate that complains about their kosher meal having these alleged discrepancies. From now on your tray will be handled accordingly and under investigation. Thank you.

# Request Report - CLOSED

*EXHIBIT A*
*(page 19)*

| | | | |
|---|---|---|---|
| Request Number: | 430352 | Submitted: | 9/17/20  2:44 pm |
| Inmate Number: | 5734404 | Type: | KITCHEN |
| Inmate Secondary Number: | 2000004904 | Sub Type: | **KITCHEN GRIEVANCI** |
| Inmate Name: | GOULD, STEVEN ERIC | | |

Initial Location: NT 7B 41 S | Current Location: NT 7B 41 S

<u>Stamp</u> <u>Action</u> <u>Detail</u>                                                        <u>User</u>

9/17/2020  2:44:57PM
    ORIGINAL REQUEST:
        IN RESPONSE TO LOG NUMBER 430081. ATTENTION RAMONA LOGAN, I DID NOT RECEIVE THE
        CORRECT ITEMS IN MY KOSHER TRAY AS STATED IN THE GRIEVANCE. I DID NOT RECEIVE MY BREAD
        WRAPPED IN SARAN WRAP AT BREAKFAST ON THAT DAY AND I NOT RECEIVE THE PACKETS OF
        JELLY, INSTEAD I RECEIVED UNKOSHER MAINLINE BREAD AND JELLY THAT WAS EXPOSED IN MY
        TRAY. ADDITIONALLY, I HAVE NOT FILED A GRIEVANCE IN OVER A MONTH AND I HAVE A RIGHT TO DO
        SO SINCE I AM JEWISH UNLIKE MANY OTHERS WHO ARE ON THE KOSHER DIET.

9/18/2020  8:58:45AM                                                        R12849L
    CLOSED:
        Trinity thanks you for your concerns & suggestions! Trinity Food Service Director notified and will look into your
        claims and allegations. (P)

# Request Report - CLOSED

Printed: 9/24/2020  7:45:07AM

*EXHIBIT A*
*(page 20)*

| | |
|---|---|
| Request Number:  430363 | Submitted:  9/17/20  2:53 pm |
| Inmate Number:  5734404 | Type:  KITCHEN |
| Inmate Secondary Number:  2000004904 | Sub Type:  **GENERAL KITCHEN F** |
| Inmate Name:  GOULD, STEVEN ERIC | |
| Initial Location: NT 7B 41 S | Current Location: NT 7B 41 S |

Stamp   Action   Detail                                                    User

9/17/2020  2:53:33PM
    ORIGINAL REQUEST:
        I AM REQUESTING FOR TRINITY SERVICES GROUP TO INVESTIGATE THE QUANTITY OF CEREAL THAT
        I AM RECEIVING EACH DAY AND MAKE THE NECESSARY CHANGES TO AVOID FURTHER DAMAGES
        WHICH I WILL RECOVER IN A FUTURE LAWSUIT AGAINST TRINITY AND AND THEIR FOOD
        SUPERVISORS. I AM BEING DEPRIVED OF A NUTRITIONALLY BALANCED KOSHER MEAL AND WOULD
        LIKE MORE CEREAL IN MY BREAKFAST TRAYS. I HAVE ONLY BEEN RECEIVING APPROXIMATELY 1
        OUNCE OF CEREAL EACH DAY FOR APPROXIMATELY 2 MONTHS AND EXPECT ACTION TO CORRECT
        THE PROBLEM

9/18/2020  9:09:15AM                                              R12849L
    CLOSED:
        Trinity thanks you for your concerns & suggestions! Trinity Food Service Director notified and will look into your
        claims and allegations. (P)

EXHIBIT B
( Page 1 )

TV Dinner

#Four
Cheese lasagna
4 cookies
4 Breads
Salad (Carrots) 3
2 Italian
  dressing
Cool up
3 butters
Spork

NT 7B.41.S    **MEAL TRANSMITTAL ONLY**

**INMATE NAME:** Gould, Stevens    **ID#** 5734404

**DIET:** Kosher Dinner

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

**DAY:** Thursday
**DATE:** 9/17/20    **SHIPPED TO:** _____

**MEAL:**    Breakfast    Lunch    (Dinner)

Signature of Diet Cook who made meal: Lynette Jenkins
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor Inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____    **SHIPPED BY:** _____

REG MEALS: 0    DIETS: _____    KOSHERS: 0 1    TOTAL MEALS DELIVERED: 1

**OFFICER SIGNATURE:** _____    ARRIVAL TIME: _____    ID #: _____

**OFFICER COMMENTS:** _____

*EXHIBIT B*
*(page 2)*

## MEAL TRANSMITTAL ONLY

INMATE NAME: Steven Eric, Gauld    ID# 5734404

DIET:    Kosher Breakfast

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

prep on →

DAY: 9/23/20

DATE: 9/24/20

SHIPPED TO: _____

MEAL:   (Breakfast)   Lunch   Dinner

Signature of Diet Cook who made meal: Carmela Ford (prep crew)

**Do not sign off until you are sure none of these items are in this meal.**

Signature of Supervisor inspecting meal: _____

**Do not sign off until you are sure none of these items are in this meal.**

Meal number: _____     SHIPPED BY: _____

REG MEALS: 0 _____    DIETS: 0 _____    KOSHERS: 1 _____    TOTAL MEALS DELIVERED: 1 _____

OFFICER SIGNATURE: M16145W     ARRIVAL TIME: 6:10 pm   ID#: _____

OFFICER COMMENTS: _____

_____

_____

_____

1) milk (1 each)
2) Bread (Kosher white) (4 each)
3) Corn Flakes (1each)
4) peanut Butter (2) each
5) mandarin orang (1)
6) Jelly (apple) (1)
7) Sugar pure (1)

**This form tracks inmates who <u>continuously</u> have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

*EXHIBIT B*
*(page 3)*

## MEAL TRANSMITTAL ONLY

**INMATE NAME:** Gould, Steven        **ID#** 573 4404

**DIET:** Kosher        7B.41 S

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: Sun
DATE: 9/27/20

SHIPPED TO: _____

MEAL:   Breakfast    Lunch    (Dinner)

Signature of Diet Cook who made meal: Ynette Jenkins
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: Kelley Kirkmaster
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____        SHIPPED BY: _____

REG MEALS: 0        DIETS: ___ 0        KOSHERS: 0 1        TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: E15691H        ARRIVAL TIME: 1341    ID#: 15619

OFFICER COMMENTS: Cheese Tortellini, 4 Breads, 4 Cookies
2 dressing, 3 butters, 3 baby carrots, 1 cool up, spork

**This form tracks inmates who <u>continuously</u> have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

*EXHIBIT B*
*(page 4)*

## MEAL TRANSMITTAL ONLY

**INMATE NAME:** Gould S. Eric   IL # 5734404

**DIET:** Kosher

### DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

**DAY:** Monday

**DATE:** 9/28/20

**SHIPPED TO:** 7B 41.S

**MEAL:** (Breakfast)   Lunch   Dinner

Signature of Diet Cook who made meal: Swing Shift

Do not sign off until you are sure none of these Items are in this meal.

Signature of Supervisor inspecting meal: _____

Do not sign off until you are sure none of these Items are in this meal.

Meal number: _____   SHIPPED BY: _____

**REG MEALS:** 0   **DIETS:** 1   **KOSHERS:** 0   **TOTAL MEALS DELIVERED:** 1

**OFFICER SIGNATURE:** _____   ARRIVAL TIME: _____   ID #: _____

**OFFICER COMMENTS:** 4 bread 1 Milk 1 Cereal bag. 1 Delight , 4 peanutbutter Pc. 1 apple.

_____

_____

**This form tracks inmates who <u>continuously</u> have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

# MEAL TRANSMITTAL ONLY

**INMATE NAME:** Gould, Steven    **ID#** 573 4404

**DIET:** Kosher    7B.41.S

### DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Tues

DATE: 9/29/20    SHIPPED TO: _____

MEAL:    Breakfast    (Lunch)    Dinner

Signature of Diet Cook who made meal: _Loiette Jenkins_
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____    SHIPPED BY: _____

REG MEALS: 0 _____    DIETS: _____ 🗶 0    KOSHERS: 🗶 1    TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: S60575 _____ ARRIVAL TIME: 8:42  ID#: 16053

OFFICER COMMENTS: Florentine Lasagna, 3cookies, 4bread 8butters, 2dressing, 3 carrots, 1 coolup, spork

---

**This form tracks inmates who <u>continuously</u> have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

EXHIBIT B
(page 6)

**MEAL TRANSMITTAL ONLY**

<u>INMATE NAME:</u> Gould, Steven, Eric ID# 5734404

DIET: Kosher

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: Thursday

DATE: 10.1.20                    SHIPPED TO: NT.7B 41.S

MEAL:  (Breakfast)   Lunch    Dinner

Signature of Diet Cook who made meal: _____

Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____

Do not sign off until you are sure none of these items are in this meal.

Meal number: _____        SHIPPED BY: _____

REG MEALS: 0 _____   DIETS: _____ 1 _____   KOSHERS: _____ 0 _____   TOTAL MEALS DELIVERED: _ 1 _

OFFICER SIGNATURE: _____ ARRIVAL TIME: _____ ID #: _____

OFFICER COMMENTS: 4 Bread & Jelly, 2 Peanut Butter, Apple Sauce, Cereal, Pink Sugar

**This form tracks inmates who <u>continuously</u> have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

EXHIBIT B
(page 7)

## MEAL TRANSMITTAL ONLY

INMATE NAME: Gould, Steven          ID# 5134404

DIET: Kosher          7B·41·S

### DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Thur
DATE: 10|1|20                    SHIPPED TO: _____

MEAL:   Breakfast   Lunch   (Dinner)

Signature of Diet Cook who made meal: Yvette Jenkins
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____          SHIPPED BY: _____

REG MEALS: 0      DIETS: ⸻ 0      KOSHERS: 1      TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: RJ5649M          ARRIVAL TIME: _____ ID #: _____

OFFICER COMMENTS: Pasta w/ Garden Veg., 4 cookies, 4 Bread, 1 coolup, 3 butters, Salad, spork 2 dressing

**This form tracks inmates who _continuously_ have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

EXHIBIT B
(page 8)

**MEAL TRANSMITTAL ONLY**

INMATE NAME: Gould, Steven Eric   ID# 5734404

DIET: Kosher

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: Saturday
DATE: 10/03/20

SHIPPED TO: N·7B41·S

MEAL:   (Breakfast)   Lunch   Dinner

Signature of Diet Cook who made meal: JMendoza
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: 1      SHIPPED BY: _____

REG MEALS: 0      DIETS: 1      KOSHERS: 0      TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: _____   ARRIVAL TIME: _____   ID #: 1286

OFFICER COMMENTS: ~~eggs~~ 2 eggs, 1 cereal Delight Pink sugar, Spork, Milk, 4 bread, 1 Apple, 3 pc Margarin.

**This form tracks inmates who underlined continuously have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

EXHIBIT B
(page 9)

**MEAL TRANSMITTAL ONLY**

INMATE NAME: *Gould, Stevens*     ID# *573 4404*

DIET: *Kosher*     *7B·41·S*

DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: *Tues.*
DATE: *10/6/20*                    SHIPPED TO: _____

MEAL:   Breakfast   Lunch   (Dinner)

Signature of Diet Cook who made meal: *Ynette Jenkins*
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____     SHIPPED BY: _____

REG MEALS: 0 _____   DIETS: *0* ____   KOSHERS: *1* ____   TOTAL MEALS DELIVERED: 1 ____

OFFICER SIGNATURE: *Allen Jenkins* _____ ARRIVAL TIME: *1336* ID #: *14708*

OFFICER COMMENTS: *Veg. Stew, 4 cookies, 4 breads*
*3 butter, 2 dressing, 3 carrots, 1 cool up, spork.*
_____

_____

**This form tracks inmates who <u>continuously</u> have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

EXHIBIT B
(page 10)

**MEAL TRANSMITTAL ONLY**

**INMATE NAME:** _Gould, Steven_      **ID#** _5734404_

**DIET:** _Kosher_        _7e·10·u_

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

**DAY:** _Wed._
**DATE:** _10/28/20_                     SHIPPED TO: _____

MEAL:   Breakfast   Lunch   (Dinner)

Signature of Diet Cook who made meal: _Lynette Jenkins_
           **Do not sign off until you are sure none of these items are in this meal.**

Signature of Supervisor inspecting meal: _Shean Dobha_
           **Do not sign off until you are sure none of these items are in this meal.**

Meal number: _____     SHIPPED BY: _____

REG MEALS: _0_      DIETS: _____ 0_    KOSHERS: _____ 1_      TOTAL MEALS DELIVERED: _1_

OFFICER SIGNATURE: _A163632_                ARRIVAL TIME: _1338_   ID #: _____

OFFICER COMMENTS: _Pasta w/ Garden Veg., 4 cookies, 4 breads_
_3 butters, 2 dressings, salad, 1 cool up, spork_
_____
_____

**This form tracks inmates who underlined continuously have discrepancies with their trays
to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper
documentation on these specific inmates.**

*EXHIBIT B*
*(page 11)*

**MEAL TRANSMITTAL ONLY**

INMATE NAME: _Gould, Steven_   ID# _5934404_

DIET: _Kosher_   _7e.10.u_

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: _Thurs._
DATE: _10.22.20_   SHIPPED TO: _____

MEAL:   Breakfast   Lunch   (Dinner)

Signature of Diet Cook who made meal: _Urette Jenkins_
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _Carmela Ford_
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____   SHIPPED BY: _____

REG MEALS: _0_   DIETS: _0_   KOSHERS: _1_   TOTAL MEALS DELIVERED: _1_

OFFICER SIGNATURE: _R1SG49M_   ARRIVAL TIME: _____   ID #: _____

OFFICER COMMENTS: _Florentine las, 4 cookies, 4 breads_
_3 butters, 2 dressing, Carrots, 1 ccdup, spork_

**This form tracks inmates who _continuously_ have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

EXHIBIT B
(page 12)

**MEAL TRANSMITTAL ONLY**

**INMATE NAME:** Gould, Steven   ID# 5734404

**DIET:** Kosher   7c.10.U

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: Mon.

DATE: 10/26/20                          SHIPPED TO: _____

**MEAL:   Breakfast   Lunch   (Dinner)**

Signature of Diet Cook who made meal: Lynette Jenkins

Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____

Do not sign off until you are sure none of these items are in this meal.

Meal number: _____       SHIPPED BY: _____

REG MEALS: 0        DIETS: 0        KOSHERS: 1        TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: E15619H        ARRIVAL TIME: 1442   ID #: 15619

OFFICER COMMENTS: Beef Stew, 3 bread, 4 cookies, 3 butters 2 dressing, 3 carrots, 1 cool-up, & spork.

**This form tracks inmates who _continuously_ have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

EXHIBIT B
(page 13)

**MEAL TRANSMITTAL ONLY**

**INMATE NAME:** *Gould, Steven*   **ID#** 5734404

**DIET:** *Kosher*   *7e·10·u*

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: *Thur*
DATE: *10/29/20*   SHIPPED TO: _____

**MEAL:   Breakfast   (Lunch)   Dinner**

Signature of Diet Cook who made meal: *Ynette Jenkins*
<span>Do not sign off until you are sure none of these items are in this meal.</span>

Signature of Supervisor inspecting meal: *Jerica Bradley*
<span>Do not sign off until you are sure none of these items are in this meal.</span>

Meal number: _____   SHIPPED BY: _____

REG MEALS: 0 _____   DIETS: _____ ≠ 0   KOSHERS: ≠ 1   TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: *R15649M* _____   ARRIVAL TIME: _____ ID#: _____

OFFICER COMMENTS: *Veg. Stew, 3 cookies, 4 breads, 3 butter dressing 2 dressing, salad, 1 cool up, spork*

_____

_____

**This form tracks inmates who <u>continuously</u> have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

EXHIBIT B
(page 14)

## MEAL TRANSMITTAL ONLY

**INMATE NAME:** Gould, Steven      ID# 5734404

**DIET:** _____ 7e·10·u

### DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Thur

DATE: 11/5/20                         SHIPPED TO: _____

### MEAL:  Breakfast   Lunch   Dinner

Signature of Diet Cook who made meal: Yvette Jenkins

Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: Shaw Dobbs

Do not sign off until you are sure none of these items are in this meal.

Meal number: _____      SHIPPED BY: _____

REG MEALS: 0      DIETS: __ 0      KOSHERS: 1      TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: _____      ARRIVAL TIME: 0826   ID #: D15641F

OFFICER COMMENTS: Veg. Stew, 3 cookie, 4 bread, 3 butters
2 dressing, Salad, 1 cool up, spork
_____

**This form tracks inmates who <u>continuously</u> have discrepancies with their trays
to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper
documentation on these specific inmates.**

EXHIBIT B
(page 15)

**MEAL TRANSMITTAL ONLY**

**INMATE NAME:** Gould, Steven          **ID#** 5734404

**DIET:** Kosher          7e.10.u

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: ~~Tuus~~ Wed
DATE: ~~~~ 11/11/20          SHIPPED TO: _____

**MEAL:**   Breakfast   (Lunch)   Dinner

Signature of Diet Cook who made meal: Ynette Jenkins
<sub>Do not sign off until you are sure none of these items are in this meal.</sub>

Signature of Supervisor inspecting meal: Mendoza
<sub>Do not sign off until you are sure none of these items are in this meal.</sub>

Meal number: _____          SHIPPED BY: _____

REG MEALS: 0 _____     DIETS: _____ ~~2~~ 0     KOSHERS: ~~E~~ 1     TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: 515619l4 _____          ARRIVAL TIME: 0735   ID#: 15619

OFFICER COMMENTS: soy ~~beans~~, rice, 3 cookies, 4 breads, ~~peas~~ carrots, 2 dressing, 1 coolup, 3 butter, ~~1~~ spork

_____

_____

**This form tracks inmates who <u>continuously</u> have discrepancies with their trays to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper documentation on these specific inmates.**

*EXHIBIT B*
*(page 16)*

**MEAL TRANSMITTAL ONLY**

**INMATE NAME:** Gould, Steven          **ID#** 5734404

**DIET:** _____ 7e.10·u

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: ~~Tues.~~ Wed
DATE: _____ 11|11|20                    SHIPPED TO: _____

**MEAL:** Breakfast  ~~Lunch~~  Dinner

Signature of Diet Cook who made meal: Unette
<div style="font-size:small">Do not sign off until you are sure none of these items are in this meal.</div>

Signature of Supervisor inspecting meal: Jia G Mo
<div style="font-size:small">Do not sign off until you are sure none of these items are in this meal.</div>

Meal number: _____     SHIPPED BY: _____

REG MEALS: 0          DIETS: ~~2~~ 0     KOSHERS: ~~7~~ 1     TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: E15619H _____ ARRIVAL TIME: 1343   ID #: 15619

OFFICER COMMENTS: Soy, green beans, rice, 2 dressing, 3 butters
4 cookies  4 breads, 1 cool up, spork

**This form tracks inmates who <u>continuously</u> have discrepancies with their trays
to ensure that they are receiving them without error.**

**Post 9 officers please sign this form when needed so that there is proper
documentation on these specific inmates.**

EXHIBIT B
(page 17)

**MEAL TRANSMITTAL ONLY**

INMATE NAME: Gould, Steven                    ID# 573 4404

DIET: Kosher

DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Thurs
DATE: 11/12/2

SHIPPED TO: _____

MEAL:   Breakfast   Lunch   (Dinner)

Signature of Diet Cook who made meal: Lynette Jenkins
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____        SHIPPED BY: _____

REG MEALS: 0        DIETS: ≠ 0    KOSHERS: ≠ 1    TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: J16695G              ARRIVAL TIME: _____   ID#: _____

OFFICER COMMENTS: Soy, pasta, corn, 2 dressing, 3 butters cool up, 4 cookies, 4 breads

*EXHIBIT B (page 18)*

**MEAL TRANSMITTAL ONLY**

INMATE NAME: Gould, Steven          ID# 5734404

DIET: Kosher          7e·10·u

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: Mon.
DATE: 11/16/20          SHIPPED TO: _____

MEAL:   Breakfast   (Lunch)   Dinner

Signature of Diet Cook who made meal: Ynette Jenkins
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____          SHIPPED BY: _____

REG MEALS: 0          DIETS: 0          KOSHERS: 1          TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: J Willems          ARRIVAL TIME: 0810   ID #: 6704

OFFICER COMMENTS: Soy, pasta, peas, 3 cookies, 4 bread, 3 butter 2 dressing, 1 cool up, spork

7#0

*EXHIBIT B*
*(page 19)*

## MEAL TRANSMITTAL ONLY

INMATE NAME: Gould, Steven     ID# 573 4404

DIET: Kosher     7e·10·u

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: Mon.

DATE: 11/10/20

SHIPPED TO: _____

MEAL:   Breakfast   Lunch   (Dinner)

Signature of Diet Cook who made meal: Lynette Jenkins
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____     SHIPPED BY: _____

REG MEALS: 0     DIETS: 0     KOSHERS: 1     TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: T Williams     ARRIVAL TIME: 1325     ID #: 6704

OFFICER COMMENTS: Rice, BBQ Beans, Carrots, Broccoli, 4 cookies
4 breads, 3 butters, 2 dressing, 1 cool up, spork

EXHIBIT B
(page 20)

**MEAL TRANSMITTAL ONLY**

INMATE NAME: Gould, Steven          ID# 573 4404

DIET: Kosher          7e.10.U

DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Su Mon.

DATE: 11/23/20

SHIPPED TO: _____

MEAL:   Breakfast   (Lunch)   Dinner

Signature of Diet Cook who made meal: _Lhutta Jenkins_
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor Inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____          SHIPPED BY: _____

REG MEALS: 0 ____   DIETS: ☰ 0   KOSHERS: ☰ 1     TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: _____

ARRIVAL TIME: 0850   ID #: 14108

OFFICER COMMENTS: _Cheese Tort. 3 cookies, 4 breads, salad,_
_1 cool up, 2 dressing, 3 butter, 1 spork_

EXHIBIT B
(page 21)

**MEAL TRANSMITTAL ONLY**

INMATE NAME: Gould, Steve  ID# SD34404

DIET: Kosher    7E-10-U    7E-10-U

DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Saturday
DATE: 12-15-20

SHIPPED TO: _____

MEAL:   (Breakfast)   Lunch   Dinner

Signature of Diet Cook who made meal: _____
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____        SHIPPED BY: _____

REG MEALS: 0        DIETS: 0        KOSHERS: 1        TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: CO's not in Kitchen _____
ARRIVAL TIME: _____   ID #: _____

OFFICER COMMENTS: 1 apple, 1 milk, 4 slices Kosher Bread, 2 peanut butter, 2 apple jelly, 1 Fruit loops, 1 Sweetner, 1 Spork

*EXHIBIT B*
*(page 22)*

**MEAL TRANSMITTAL ONLY**

INMATE NAME: Gould, Steve Eric   ID# 5734404

DIET:   Kosher

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: Friday
DATE: 12-18-2020

SHIPPED TO: _____

MEAL:   Breakfast   Lunch   Dinner

Signature of Diet Cook who made meal: _____
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor Inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____   SHIPPED BY: _____

REG MEALS: 0   DIETS: 00   KOSHERS: 1   TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: _____   ARRIVAL TIME: _____   ID #: _____

OFFICER COMMENTS: 4 pc Kosher Bread, 3 cookies, vanilla, 8 oz Salad & cabbage mix, 2 salad dressing, 1 french bread cooler, 1 spork, 3 Butters, 1 1020 chr & Black Beans,

EXHIBIT B
(page 23)

**MEAL TRANSMITTAL ONLY**

INMATE NAME: _Gould Steve_         ID# 5734404

DIET: _Kosher_

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: _Sunday_
DATE: _12-27-2020_

SHIPPED TO: _____

MEAL:   Breakfast   (Lunch)   Dinner

Signature of Diet Cook who made meal: _____
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor Inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____         SHIPPED BY: _____

REG MEALS: 0         DIETS: Ø         KOSHERS: Ø 1         TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: _____         ARRIVAL TIME: 0806   ID #: 14708

OFFICER COMMENTS: _4 DC Bread, 3 Butter, 1 cool R._
_3 cookies, 8r Salad & cabage Mix 30 Sdr_
_0 r Nich @ 2 Salad dressy's, 1 Perk_

EXHIBIT B
(page 24)

## MEAL TRANSMITTAL ONLY

INMATE NAME: Gould, Steven    ID# 5734404

DIET: Kosher

### DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Friday
DATE: 12-25-20

SHIPPED TO: _____

MEAL:    Breakfast    Lunch    (Dinner)

Signature of Diet Cook who made meal: Carmela Ford
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: Carmela Ford
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____    SHIPPED BY: _____

REG MEALS: 0    DIETS: 0    KOSHERS: 1    TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: J16015G    ARRIVAL TIME: _____ ID #: _____

OFFICER COMMENTS:
4- Bread        1- Sweetner
3- Butter       2- eggs
1- apple        1- milk
1- Cereal       1- Spork

EXHIBIT B
(page 25)

## MEAL TRANSMITTAL ONLY

INMATE NAME: Gould, Steven   ID# 5734404

DIET: Kosher

### DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Sat

DATE: 12/26/2020

SHIPPED TO: _____

MEAL:   Breakfast   Lunch   (Dinner)

Signature of Diet Cook who made meal: _____
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: Carmelita F.
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____   SHIPPED BY: _____

REG MEALS: 0      DIETS: 1      KOSHERS: 0      TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: J171075   ARRIVAL TIME: _____ ID #: _____

OFFICER COMMENTS: 4 pc bread, 4 oz carrots, 8 oz rice
4 oz of pea, 3 cookies, 1 cookie, 1 drink
2 salad dressing 3 butters

*EXHIBIT B*
*(page 26)*

**MEAL TRANSMITTAL ONLY**

INMATE NAME: Gould, Steven          ID# 5734404

DIET: Kosher          7e-10-u

**DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group**

DAY: Sunday
DATE: 12-27-20

SHIPPED TO: _____

MEAL:    Breakfast    Lunch    (Dinner)

Signature of Diet Cook who made meal: Emonne _____
*Do not sign off until you are sure none of these items are in this meal.*

Signature of Supervisor Inspecting meal: _____
*Do not sign off until you are sure none of these items are in this meal.*

Meal number: _____          SHIPPED BY: _____

REG MEALS: 0          DIETS: 1          KOSHERS: 0          TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: _____          ARRIVAL TIME: 1405   ID #: 14708

OFFICER COMMENTS: Salad, 2 italian dressing packets, soy, 4 kosher breads, 4 cookies, 3 butters, 1 cool up a spork and pasta.

*EXHIBIT B (page 27)*

## MEAL TRANSMITTAL ONLY

INMATE NAME: Gould, Steven          ID# 573 4404

DIET: Kosher          7e.10.u

### DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Mon
DATE: 12/28/20

SHIPPED TO: _____

MEAL:   Breakfast   (Lunch)   Dinner

Signature of Diet Cook who made meal: Lynette Jenkins
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____          SHIPPED BY: _____

REG MEALS: 0          DIETS: 1          KOSHERS: 0          TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: E15619H          ARRIVAL TIME: 0822   ID #: 15619

OFFICER COMMENTS: Soy, rice, 3 cookies, 4 bread
3 butter, 2 dressing, 6 carrots, 1 cool up

EXHIBIT B
(page 28)

## MEAL TRANSMITTAL ONLY

INMATE NAME: Gowd, Steven          ID# 5734404

DIET: Kosher          7e.10.u

### DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Tues

DATE: 12/29/20

SHIPPED TO: _____

MEAL:   Breakfast   (Lunch)   Dinner

Signature of Diet Cook who made meal: Lhetta Jenkins
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor Inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____   SHIPPED BY: _____

REG MEALS: 0    DIETS: 1    KOSHERS: 0    TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: _____   ARRIVAL TIME: 0755   ID #: 14708

OFFICER COMMENTS: Soy, rice, 3 cookies, 4 bread, 3 butter
2 dressing, 1 coolup, 6 carrots

EXHIBIT B
(page 29)

**MEAL TRANSMITTAL ONLY**

INMATE NAME: Gould, Steven          ID# 5734404

DIET: Kosher          7e·10·u

DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Tues.

DATE: 12|29|20

SHIPPED TO: _____

MEAL:   Breakfast   Lunch   (Dinner)

Signature of Diet Cook who made meal: Luette Jenkins

Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor Inspecting meal: Emmm HW

Do not sign off until you are sure none of these items are in this meal.

Meal number: _____          SHIPPED BY: _____

REG MEALS: 0          DIETS: 0          KOSHERS: 1          TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: E15619H

ARRIVAL TIME: 1426          ID #: 15619

OFFICER COMMENTS: Beans , potatos , 4 cookies, 4 breads
3 butters, 2 dressing, salad, 1 coolup

EXHIBIT B
(page 30)

## MEAL TRANSMITTAL ONLY

INMATE NAME: Gould  Steven          ID# 5734404

DIET: Kosher      7e·10·U

### DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Wed·

DATE: 12|30|20

SHIPPED TO: _____

MEAL:   Breakfast    Lunch    ⟨Dinner⟩

Signature of Diet Cook who made meal: _hig G Mot_
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor Inspecting meal: _Emm_
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____          SHIPPED BY: _____

REG MEALS: _____   DIETS: #O   KOSHERS: #I   TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: J171275

ARRIVAL TIME: _____   ID #: _____

OFFICER COMMENTS: Soy, pasta, 4cookies, 4breads, 3butters
2 dressing, Salad, 1 coolup, spork

EXHIBIT B
(page 31)

## MEAL TRANSMITTAL ONLY

INMATE NAME: Gould, Steven          ID# 5734404

DIET: Kosher          7e·10·u

DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Wed.
DATE: 12/30/20

SHIPPED TO: _____

MEAL:   Breakfast   (Lunch)   Dinner

Signature of Diet Cook who made meal: Lynette Jenkins
Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor inspecting meal: _____
Do not sign off until you are sure none of these items are in this meal.

Meal number: _____          SHIPPED BY: _____

REG MEALS: 0     DIETS: $0     KOSHERS: $1     TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: _____          ARRIVAL TIME: _____   ID #: _____

OFFICER COMMENTS: Soy, rice, 3 cookies, 4 breads, 3 butters, dressing, 2 dressing, 6 carrots, 1 cool up, spork.

EXHIBIT B
(page 32)

**MEAL TRANSMITTAL ONLY**

INMATE NAME: Gould, Steven      ID# 5734404

DIET: Kosher      7e.10.u

DELIVER ALL SIGNED PAPERWORK TO Trinity Services Group

DAY: Thurs.

DATE: 12 | 31 | 20

SHIPPED TO: _____

MEAL:   Breakfast   (Lunch)   Dinner

Signature of Diet Cook who made meal: Ynette Jenkino

Do not sign off until you are sure none of these items are in this meal.

Signature of Supervisor Inspecting meal: L Mendoza

Do not sign off until you are sure none of these items are in this meal.

Meal number: _____      SHIPPED BY: _____

REG MEALS: 0      DIETS: ≠ 0      KOSHERS: 0 1      TOTAL MEALS DELIVERED: 1

OFFICER SIGNATURE: J16045C      ARRIVAL TIME: _____  ID #: _____

OFFICER COMMENTS: Chicken ≈ Black Bean
Bay Rice, 3 cookies, 4 breads, 3 butter
2 dressing, 6 carrots, 1 cool up, spork