# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN ERIC GOULD,

    Plaintiff(s),

v.

TRINITY SERVICES GROUP, INC., et al.,

    Defendant(s).

Case No. 2:21-cv-00045-APG-NJK

**ORDER**

[Docket No. 19]

On September 2, 2021, the Court received summonses returned unexecuted for Defendants Ford, Mendoza, and Harvey.  Docket No. 10.  Now pending before the Court is Plaintiff's motion for additional service attempts on those three Defendants at a new address, as well as an alternative motion to allow substitute service on these Defendants through Trinity Services Group.  Docket No. 19.  For the reasons discussed more fully below, Plaintiff's motion is **GRANTED** in part and **DENIED** in part.

For good cause shown, the request for an additional service attempt on these defendants at the new address provided is **GRANTED**.  The Clerk's Office is **INSTRUCTED** to send Plaintiff three USM-285 forms.  Plaintiff will have 30 days to furnish to the Marshal the required USM-285 forms with relevant information as to each defendant on each form.  Within 20 days after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying which Defendants were served and which were not served, if any. If Plaintiff wishes to have service again attempted on an unserved defendant, then a motion must be filed identifying the unserved Defendant and specifying a more detailed name and address for the Defendant, or whether some other manner of service should be attempted.  In light of the above, the Court also **RESETS** the deadline to complete service in this case for December 15, 2021.  *See* Fed. R. Civ. P. 4(m).

As the Court above is providing a potential means for effectuating service, Plaintiff's alternative request for substitute service is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: October 14, 2021

_____
Nancy J. Koppe
United States Magistrate Judge