UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>    Plaintiff(s),<br><br>v.<br><br>TRINITY SERVICES GROUP, et al.,<br><br>    Defendant(s). | Case No. 2:21-cv-00045-APG-NJK<br><br>**Order**<br><br>[Docket No. 31] |

Pending before the Court is a motion to extend the deadline to respond to the complaint, filed by Defendants Trinity Services, Harvey, and Mendoza on an *ex parte* basis. Docket No. 31. Courts do not generally permit *ex parte* motion practice unless the movant proffers a weighty reason for it. *See, e.g.*, *Maxson v. Mosaic Sales Sols. U.S. Operating Co.*, 2015 WL 4661981, at *1 (D. Nev. July 29, 2015). Courts are particularly reluctant to allow *ex parte* motions without sufficient justification because the CM/ECF system by default does not make those filings available to the opposing party even after the request is adjudicated by the Court. *See id.* at *1 n.1. While the Court does not require a response to the pending motion to resolve it, the motion provides no explanation as to why Plaintiff should be left in the dark that the motion was filed.[1] As such, the Clerk's Office is **INSTRUCTED** to remove the CM/ECF restrictions for this motion and to mail a copy of the motion to Plaintiff along with this order.

Having resolved the above administrative issue, the Court turns to the substance of the request. The Court may extend an unexpired deadline for good cause. Fed. R. Civ. P. 6(b)(1)(A).

---

[1] The motion indicates that it is possible to obtain *ex parte* relief under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure. *See* Docket No. 31 at 2. The motion does not explain why the circumstances of this case warrant such an approach, however.

The moving Defendants indicate that Trinity will waive service, counsel has been recently retained, and additional time is needed to prepare a responsive pleading.  *See* Docket No. 31 at 2.  Such reasoning suffices for an extension.  Accordingly, the motion to extend is **GRANTED** and the deadline for the moving Defendants to respond to the complaint is **EXTENDED** to December 22, 2021.

IT IS SO ORDERED.

Dated: November 23, 2021

_____
Nancy J. Koppe
United States Magistrate Judge