# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>　　　Plaintiff<br><br>v.<br><br>TRINITY SERVICES GROUP, INC., et al.,<br><br>　　　Defendants | Case No.: 2:21-cv-00045-APG-NJK<br><br>**Order Granting Motion to Dismiss Defendant Ramona Logan and Denying as Moot Logan's Motion for Summary Judgment**<br><br>[ECF Nos. 39, 42] |

　　　Defendant Ramona Logan filed a motion for summary judgment. ECF No. 39. In response, plaintiff Steven Gould moved to dismiss his claims against Logan. ECF No. 42. Logan does not oppose dismissal. ECF No. 45.

　　　I THEREFORE ORDER that plaintiff Steven Gould's motion to voluntarily dismiss defendant Ramona Logan **(ECF No. 42) is GRANTED**.

　　　I FURTHER ORDER that defendant Ramona Logan's motion for summary judgment **(ECF No. 39) is DENIED as moot**.

　　　DATED this 1st day of February, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE