# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>　　Plaintiff<br><br>v.<br><br>TRINITY SERVICES GROUP, INC., et al.,<br><br>　　Defendants | Case No.: 2:21-cv-00045-APG-NJK<br><br>**Order** |

The proposed joint pretrial order is overdue. ECF No. 17.

I THEREFORE ORDER that the parties shall file a proposed joint pretrial order by April 22, 2022. The failure to do so may result in dismissal of claims and defenses, and sanctions against parties and counsel.

DATED this 29th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE