UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>    Plaintiff<br><br>v.<br><br>TRINITY SERVICES GROUP, INC., et al.,<br><br>    Defendants | Case No.: 2:21-cv-00045-APG-NJK<br><br>**Order Dismissing Defendant Carmela Ford** |

On March 2, 202, plaintiff Steven Gould was advised by the court that his claims against defendant Carmela Ford would be dismissed without prejudice unless by April 2, 2022, Gould either filed proper proof of service or showed good cause why such service was not timely made. Gould has failed to do so.

I THEREFORE ORDER that plaintiff Steven Gould's claims against Carmela Ford are dismissed without prejudice for failure to serve her.

DATED this 11th day of April, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE