UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>      Plaintiffs,<br><br>v.<br><br>TRINITY SERVICES GROUP, INC., et al.,<br><br>      Defendant. | Case No.: 2:21-cv-00045-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 63] |

    Pending before the Court is Defendants' motion to compel. Docket No. 63. No response was filed. *See* Docket. This matter is properly resolved without a hearing. *See* Local Rule 78-1.

    Defendants submit that they served their first set of interrogatories on Plaintiff on May 20, 2022. Docket No. 63 at 2. Defendants submit that Plaintiff's responses are inadequate. *Id.* at 2-4. Defendants ask the Court to require Plaintiff to supplement his responses. *Id.* at 6-7.

    Plaintiff failed to respond to Defendants' motion and the time to do so has now passed. *See* Docket. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d). Plaintiff has therefore consented to the granting of Defendants' motion. In addition, the Court has reviewed Defendants' motion and finds it meritorious.

    Accordingly, Defendants' motion to compel, Docket No. 63, is hereby **GRANTED**. Plaintiff is **ORDERED** to provide appropriate responses to Defendants' first set of interrogatories, no later than September 26, 2022.

    IT IS SO ORDERED.

    Dated: August 26, 2022

                                                                                  Nancy J. Koppe<br>
                                                                                  United States Magistrate Judge