# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRINITY SERVICES GROUP, INC., et al.,<br><br>　　　　Defendant. | Case No. 2:21-cv-00045-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 65] |

Pending before the Court is Defendants' motion to strike. Docket No. 65. No response was filed. *See* Docket. This matter is properly resolved without a hearing. *See* Local Rule 78-1.

Defendants filed the instant motion on August 10, 2022. Docket No. 65. Plaintiff failed to respond to Defendants' motion and the time to do so has now passed. *See* Docket. "The failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion." Local Rule 7-2(d). Plaintiff has therefore consented to the granting of Defendants' motion. In addition, the Court has reviewed Defendants' motion and finds it meritorious.

Accordingly, Defendants' motion to strike, Docket No. 65, is hereby **GRANTED**, and the Clerk's Office is instructed to strike the papers at Docket No. 61.

IT IS SO ORDERED.

Dated: August 31, 2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge