# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN ERIC GOULD,

    Plaintiff,

v.

TRINITY SERVICES GROUP, INC., et al.,

    Defendant.

Case No. 2:21-cv-00045-CDS-NJK

**ORDER**

[Docket No. 78]

Unless the Court orders otherwise, written discovery is not to be filed with the Court. Fed. R. Civ. P. 5(d)(1)(A); Local Rule 26-7; Docket No. 27.

Accordingly, the Clerk's Office is **INSTRUCTED** to strike Docket No. 78 and return the documents to Plaintiff forthwith.

IT IS SO ORDERED.

Dated: September 2, 2022

                                                          _____
                                                          Nancy J. Koppe
                                                          United States Magistrate Judge