UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>　　　Plaintiff,<br><br>v.<br><br>TRINITY SERVICES GROUP, INC., et al.,<br><br>　　　Defendant(s). | Case No. 2:21-cv-00045-CDS-NJK<br><br>**Order**<br><br>[Docket No. 74] |

Pending before the Court is Defendants' motion to extend deadlines. Docket No. 74. Defendants ask to extend because the Court has given Plaintiff until September 26, 2022, to supplement his response to Defendants' interrogatories, Docket No. 72, which is after the current deadline to file dispositive motions of September 8, 2022, Docket No. 59. *Id.* at 1-2. For good cause shown, the motion to extend is **GRANTED**. Docket No. 74.

The scheduling order is hereby amended as follows:

- Defendants' Supplemental Discovery: October 6, 2022
- Dispositive motions: October 26, 2022
- Joint proposed pretrial order: November 28, 2022, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: September 2, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge