UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD<br><br>    Plaintiff,<br><br>v.<br><br>TRINITY SERVICE GROUP, INC., et al,<br><br>    Defendant(s). | Case No. 2:21-cv-00045-CDS-NJK<br><br>**Order**<br><br>[Docket Nos. 67, 69] |

Pending before the Court are Plaintiff's motions for a settlement conference. Docket Nos. 67, 69. The Court has considered Plaintiff's motions and Defendants' response. Docket Nos. 67, 69, 92. No reply is necessary. The motions can be resolved without a hearing. *See* Local Rule 78-1.

Plaintiff requests the Court to set a settlement conference "in an attempt to close the foregoing entitled action…." Docket No. 67 at 3; Docket No. 69 at 3. Defendants respond that they "do not believe that a settlement conference would serve any useful purpose at this juncture." Docket No. 92 at 1.

"The Court generally does not grant motions for settlement conferences that are opposed." *McCarty v. Roos*, 2013 WL 5436578, at *2 (D. Nev. Sept. 27, 2013). Further, the Court is not inclined to set a settlement conference that appears fruitless. Accordingly, Plaintiff's motions for a settlement conference are **DENIED**. Docket Nos. 67, 69.

IT IS SO ORDERED.

Dated: September 13, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1