Matthew C. Addison (NSBN 4201)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
maddison@mcdonaldcarano.com

*Attorneys for Defendants Trinity Services Group, Inc., Emonie Harvey, and F. Mendoza*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY SERVICES GROUP, Inc., RAMONA LOGAN, CARMELA FORD, EMONIE HARVEY, and F. MENDOZA,<br><br>Defendants. | Case No. 2:21-cv-00045-CDS-NJK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE** |

Please take notice that effective immediately, attorney Sarah Ferguson is no longer associated with the law firm of McDonald Carano LLP and is no longer counsel of record for Defendants Trinity Services Group, Inc., Emonie Harvey, and F. Mendoza. Filings and notices on this matter should be directed to the undersigned attorney, and Sarah Ferguson's name may be removed from the Court's electronic notices.

DATED this 14th day of November 2022.

MCDONALD CARANO LLP

By: */s/ Matthew C. Addison*
Matthew C. Addison (NSNB 4201)

*Attorneys for Defendants Trinity Services Group, Inc., Emonie Harvey, and F. Mendoza*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: November 15, 2022